IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA METCALF,<br><br>    Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK,<br><br>    Defendant.<br>                                      / | No. C 13-03229 WHA<br><br>**ORDER RE DOCKET NUMBER 9** |

In August 2013, the parties stipulated to remand this action to state court and an order remanding the action issued (Dkt. Nos. 24, 25). The Clerk closed the file. For the record, defendant's motion to dismiss, filed in July 2013, is **DENIED AS MOOT** (Dkt. Nos. 9, 19).

**IT IS SO ORDERED.**

Dated: March 12, 2014.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE